

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 5, 2015

Andrew Warthen
Paul Elizondo Tower
101 W. Nueva St.
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Richard B. Dulany Jr.
Bexar County  Public Defender's
Office
Paul Elizondo Tower
101 W. Nueva St., Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    04-14-00776-CR
        Trial Court Case Number:    2012CR2497
        Style:                      Bernardo Ibarra-Lopez   v. The State of Texas

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on Wednesday, September 2, 2015, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853